IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EEOC, | ) | Civ. No. 07-00478-SPK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SPECIAL MASTER'S REPORT |
| vs. | ) | RECOMMENDING THAT |
| | ) | PLAINTIFF'S REQUEST FOR |
| SEVEN-ELEVEN OF HAWAII, | ) | TAXATION OF COSTS BE |
| INC.. | ) | GRANTED IN PART AND |
| | ) | DENIED IN PART |
| Defendants. | ) | |
| _____ | ) | |

SPECIAL MASTER'S REPORT RECOMMENDING THAT PLAINTIFF'S REQUEST FOR TAXATION OF COSTS BE GRANTED IN PART AND DENIED IN PART

Summary judgment in this case was granted on June 9, 2008 in favor of Defendant Seven-Eleven and against Plaintiff EEOC. On July 9, 2008, Seven-Eleven filed a Bill of Costs seeking $1,331.17 for court reporter fees, copying costs, and research costs. On July 9, 2008 the EEOC filed an objection to Seven-Eleven's Bill of Costs.

Unless otherwise provided, costs "should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). The EEOC raises several objections to

allowing costs to Seven-Eleven. The Court is unconvinced that anything about the circumstance and equities of the case overcome the presumption that the prevailing party is entitled to costs. The EEOC correctly points out that Seven-Eleven failed to meet and confer with the EEOC prior to submitting Defendant's Bill of Costs as required by the Local Rules.  L.R.54.2(c).  The EEOC also raises a number of specific objections to the costs requested by Seven-Eleven.

The purpose of the meet and confer rule is not to create a procedural barrier to recovery of legitimate costs by the prevailing party; rather it intends to obviate a determination by the Court about the merits of specific cost items.  While the presumption that Seven-Eleven is entitled to costs as the prevailing party survives, Seven-Eleven's failure to comply with the rules forfeits the right to dicker about specific costs.

The Special Master FINDS that it is uncontested that Seven-Eleven incurred $772.80 in recoverable costs. (Pl. Opp. 12).

Accordingly, the Special Master RECOMMENDS that Plaintiff's request for taxation of costs be GRANTED in the amount of **$772.80.**

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, August 25, 2008.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

EEOC v. Seven-Eleven, Inc.; Civ. No. 07-00478-SPK-BMK; SPECIAL MASTER'S REPORT RECOMMENDING THAT PLAINTIFF'S REQUEST FOR TAXATION OF COSTS BE GRANTED IN PART AND DENIED IN PART.