IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CV 07-00478 SPK-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SEVEN-ELEVEN OF HAWAII, INC. AND DOES 1-10, INCLUSIVE, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING SPECIAL MASTER'S REPORT RECOMMENDING THAT DEFENDANTS MOTION FOR ATTORNEY'S FEES BE DENIED

A Report of Special Master dated August 25, 2006, having been filed and served on all parties on August 26, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 24, 2008



_____
Samuel P. King
Senior United States District Judge